RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RYAN NORWOOD
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ryan_Norwood@fd.org

Attorney for Lazareo Jones

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LAZAREO JONES,<br><br>　　　　　Defendant. | Case No. 2:14-cr-140-APG-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Phillip N. Smith Jr., Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Ryan Norwood, Assistant Federal Public Defender, counsel for Lazareo Jones, that the Revocation Hearing currently scheduled on September 20, 2016 at 2:30 p.m., be vacated and continued to a date and time convenient to the Court, but no sonner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Mr. Jones' supplemental violations are based upon his alleged possession of firearms.

2. The government intends to indict Mr. Jones for a new offense based on these violations.

3. Mr. Jones requires additional time to review the discovery that will be provided in connection with the new offense. Moreover, any resolution of the violation would likely be done in connection with a resolution of the underlying criminal charge.

4. The defendant is in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 16th day of September, 2016.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Ryan Norwood*<br>By_____<br>RYAN NORWOOD<br>Assistant Federal Public Defender | */s/ Phillip N. Smith Jr.*<br>By_____<br>PHILLIP N. SMITH JR.<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>LAZAREO JONES,<br><br>       Defendant. | Case No. 2:14-cr-140-APG-PAL<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, September 20, 2016 at 10:00 a.m., be vacated and continued to  12/29/16   at the hour of    9:30    a .m.; or to a time and date convenient to the court.  (Courtroom 6C)

   DATED this  19th of September, 2016.

_____
UNITED STATES DISTRICT JUDGE

3