RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RYAN NORWOOD
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ryan_Norwood@fd.org

Attorney for Lazareo Jones

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>            v.<br><br>LAZAREO JONES,<br><br>                 Defendant. | Case No. 2:14-cr-140-APG-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Phillip N. Smith Jr., Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Ryan Norwood, Assistant Federal Public Defender, counsel for Lazareo Jones, that the Revocation Hearing currently scheduled on December 29, 2016 at 9:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than one hundred twenty (120) days.

   This Stipulation is entered into for the following reasons:

   1.   Mr. Jones has been charged with various violations of his supervised release conditions, the most serious of which alleges he was in possession of firearms. That allegation is now the subject of an indictment in case no. 2:16-cr-274-KJD-GWF. Trial in the criminal

case is now set for April 10, 2017.  At present, the parties are litigating a motion to suppress in that matter, which is set for an evidentiary hearing on January 12, 2017.

2. As the matters are related, the parties request to keep the supervised release hearing scheduled close to the date of the trial.

3. The defendant is in custody on both matters, and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 20th day of December, 2016.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Ryan Norwood*<br>By_____<br>RYAN NORWOOD<br>Assistant Federal Public Defender | */s/ Phillip N. Smith Jr.*<br>By_____<br>PHILLIP N. SMITH JR.<br>Assistant United States Attorney |

2


**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>LAZAREO JONES,<br><br>        Defendant. | Case No. 2:14-cr-140-APG-PAL<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, December 29, 2016 at 9:30 a.m., be vacated and continued to <u>May 2, 2017</u> at the hour of <u>  10:00  a </u>.m.; or to a time and date convenient to the court.

    DATED this <u>22nd</u> of December, 2016.

_____
UNITED STATES DISTRICT JUDGE

3