RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RYAN NORWOOD
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ryan_Norwood@fd.org

Attorney for Lazareo Jones

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>LAZAREO JONES,<br><br>        Defendant. | Case No. 2:14-cr-140-APG-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven Myhre, Acting United States Attorney, and Phillip N. Smith Jr., Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Ryan Norwood, Assistant Federal Public Defender, counsel for Lazareo Jones, that the Revocation Hearing currently scheduled on May 2, 2017 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.     Mr. Jones has been charged with various violations of his supervised release conditions, the most serious of which alleges he was in possession of firearms. That allegation is now the subject of an indictment in case no. 2:16-cr-274-KJD-GWF. The parties have

recently worked out a global agreement to resolve both these cases, and are submitting a binding plea agreement in case no. 2:16-cr-274-KJD-GWF that contemplates an agreed-upon sentence that would run concurrent to the sentence Mr. Jones would receive in this matter.

2.     The parties request to move out the supervised release hearing pending the adoption of the binding plea agreement in case no. 2:16-cr-274-KJD-GWF.

3.     The defendant is in custody on both matters, and agrees with the need for the continuance.

4.     The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 28th day of April, 2017.


RENE L. VALLADARES                          STEVEN MYHRE
Federal Public Defender                        Acting United States Attorney


   */s/ Ryan Norwood*                            */s/ Phillip N. Smith Jr.*
By_____      By_____
RYAN NORWOOD                               PHILLIP N. SMITH JR.
Assistant Federal Public Defender            Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

              Plaintiff,

     v.

LAZAREO JONES,

              Defendant.

Case No. 2:14-cr-140-APG-PAL

**ORDER**

      IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, May 2, 2017 at 10:00 a.m., be vacated and continued to  7/6/2017  at the hour of    9:30  a .m.; or to a time and date convenient to the court.

      DATED this  28th  of  April  , 2017.

                            _____

                            UNITED STATES DISTRICT JUDGE